No. 321, Misc. KENNEDY *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 325, Misc. PRICE *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 328, Misc. PALUMBO *v.* RYAN, JUDGE. Supreme Court of Illinois. Certiorari denied. *John M. Giltinon* for petitioner.

No. 329, Misc. WYCOFF *v.* LANE, WARDEN. Supreme Court of Indiana. Certiorari denied.

No. 330, Misc. HILL *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 333, Misc. OVERBY *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 334, Misc. BIGGS ET AL. *v.* HOPE EVANGELICAL CHURCH. C. A. 7th Cir. Certiorari denied.

No. 335, Misc. CANTRELL ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Dominic H. Frinzi* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 338, Misc. BURDETTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 343, Misc. DURHAM *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.